Meghan S. Conrad (ISB #7038)
msc@elamburke.com
Matthew L. Walters (ISB #6599)
mlw@elamburke.com
Jaclyn T. Gans (ISB #9291)
jtg@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Attorneys for Defendant Starbucks Corporation

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANNY WATTS, a married person,<br><br>Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES I-V,<br><br>Defendants. | Case No. 2:17-cv-00272-DCN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff Danny Watts and Defendant Starbucks Corporation, by and through their respective counsel, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 28 day of June, 2018.

MADSEN LAW OFFICES, PC

By: _____
Henry D. Madsen – Of the Firm
Attorneys for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 29th day of June, 2018.

ELAM & BURKE, P.A.

By: _Jaclyn T. Gans for_
Matthew L. Walters – Of the Firm
Attorneys for Defendant Starbucks Corporation

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of June, 2018, I electronically filed the foregoing with the U.S. District Court. Notice will be emailed to the following individuals:

- Henry D. Madsen
  hm.madsenlaw@outlook.com

_Jaclyn T. Gans for_
Matthew L. Walters

4826-3051-4026, v. 1

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2