UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANNY WATTS, a married person,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STARBUCKS CORPORATION, a Washington corporation; and DOES I-V,<br><br>　　　　　Defendants. | Case No.  2:17-cv-00272-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　Before the Court is the parties' Stipulation for Dismissal with Prejudice. Dkt. 43. Being fully advised and finding good cause exists therefore, the Court will dismiss this action with prejudice. Accordingly,

　　IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　DATED: July 2, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David C. Nye
　　　　　　　　　　　　　　　　U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1